


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKAN.

SEP 18 2002

JAMES W. McCORMACK, C
By: _____ DE...

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNY COX, LARRY PALMER, and
FLORA TONEY                                                                    PLAINTIFFS

VS                          CASE NO. 5:02CV00319GH

PAM DONALDSON, et al.                                                  DEFENDANTS

## ORDER

By agreement of the parties and for good cause shown, the Defendants shall be, and hereby are, preliminarily enjoined from certifying the election results of the school election concerning the Lakeside, Arkansas School District elections which are scheduled to be hld on Tuesday, September 17, 2002 and which are to be conducted by the Defendants. It is the Order of the Court that the status quo regarding the membership of the governing body of the Lakeside, Arkansas School District be preserved and maintained until the further orders of the Court.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 9/19/02 BY _____

```
                                                                    bt
                    UNITED STATES DISTRICT COURT
                      Eastern District of Arkansas
                           U.S. Court House
                      600 West Capitol, Suite 402
                     Little Rock, Arkansas 72201-3325


                          September 19, 2002



             * * MAILING CERTIFICATE OF CLERK * *


Re:   5:02-cv-00319.


True and correct copies of the attached were mailed by the clerk to the
following:

      John W. Walker, Esq.
      John W. Walker, P.A.
      1723 Broadway
      Little Rock, AR   72206-1220

      Rickey H. Hicks, Esq.
      Attorney at Law
      Evergreen Place
      1100 North University
      Suite 240
      Little Rock, AR   72207

      press

                                             James W. McCormack, Clerk

        9/19/02                                   BTyree
Date: _____                         BY: _____
```