FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 21 2003

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BENNY COX, LARRY PALMER, and**
**FLORA TONEY**                                                          **PLAINTIFFS**

VS.                          **CASE NO. 5:02CV00319GH**

**PAM DONALDSON, County Clerk of**
**Chicot County, Arkansas, Individually**
**and in her Official Capacity; and THE**
**CHICOT COUNTY BOARD OF**
**ELECTION COMMISSIONERS**                                               **DEFENDANTS**

## ORDER GRANTING JOINT MOTION TO
## DISMISS WITH PREJUDICE

On this **21** day of May, 2003, came on to be heard the Joint Motion to Dismiss with Prejudice filed on behalf of the parties to this case. The parties have announced to this Court that they have settled their claims with part of this settlement including the dismissing of this case with prejudice. As a result of this Settlement Agreement, the parties have agreed and the Court so orders that the Election Commission will certify the results of the September, 2002, election for Zone 3, the Election Commission will not certify the results of the September, 2002, election for other Zones, and the Defendants will pay attorney's fees and costs of $8,500.00. The Court finds that this Settlement Agreement should be and hereby is confirmed, this Joint Motion to Dismiss shall be granted and Plaintiffs' Complaint is hereby dismissed with prejudice. If Defendants fail to perform the conditions set out herein, Plaintiffs reserve the right to reopen this case by notice to the Court.

**IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED, AND DECREED**
that the parties' Joint Motion to Dismiss with Prejudice is granted. Plaintiffs' Complaint is hereby dismissed with prejudice.



*Cox, et al. vs. Donaldson, et al.*
*Case No. 5:02CV00319GH*
*ORDER OF DISMISSAL*

**IT IS SO ORDERED.**

*George Howard, Jr.*
Honorable George Howard
U.S. District Court Judge

May 21, 2003.
Date

Approved as to form:

John W. Walker, Attorney for Plaintiffs

Ralph C. Ohm, Attorney for Defendants

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 5/22/03 BY *Jones*

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

May 22, 2003

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  5:02-cv-00319.

True and correct copies of the attached were mailed by the clerk to the following:     press, file

    Ralph C. Ohm, Esq.
    Attorney at Law
    Post Office Box 1558
    Hot Springs, AR   71902-1558

    C. Burt Newell, Esq.
    Bachelor & Newell
    211 Hobson Avenue
    Post Office Box 1620
    Hot Springs, AR   71902-1620

    Rickey H. Hicks, Esq.
    Attorney at Law
    Evergreen Place
    1100 North University
    Suite 240
    Little Rock, AR   72207

    John W. Walker, Esq.
    John W. Walker, P.A.
    1723 Broadway
    Little Rock, AR   72206-1220

                              James W. McCormack, Clerk

Date:  5/22/03                            BY:  Lorna Jones