**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 22 2003

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNY COX, LARRY PALMER, and
FLORA TONEY                                                          PLAINTIFFS

VS.                     CASE NO. 5:02CV00319GH

PAM DONALDSON, County Clerk of
Chicot County, Arkansas, Individually
and in her Official Capacity; and THE
CHICOT COUNTY BOARD OF
ELECTION COMMISSIONERS                                               DEFENDANTS

## JOINT MOTION TO DISMISS

Come the Plaintiffs, Benny Cox, Larry Palmer, and Flora Toney, by and through their attorney, John W. Walker, and the Defendants, Pam Donaldson and the Chicot County Board of Election Commissioners, by and through their attorneys, Ralph C. Ohm and C. Burt Newell, and for their Joint Motion to Dismiss respectfully state the following:

1. On or about the 3rd day of September, 2002, the Plaintiffs herein filed with this Court a Complaint alleging that the Defendants violated their rights by requiring all School Board members for Lakeside School District, Chicot County, Arkansas, to stand for re-election..

2. The parties have entered into a settlement agreement, part of which requires the dismissing of this action with prejudice. This Settlement Agreement provides the following:

   a. The Election Commission will certify the results of the September, 2002, election for Zone 3.

   b. The Election Commission will not certify the results of the September, 2002, election for other Zones.

17

*Cox, et al. vs. Donaldson, et al.*
Case No. 5:02CV-319GH
JOINT MOTION TO DISMISS

     c. The case will be dismissed with prejudice and the Defendants will pay attorney's fees and costs of $8,500.00.

    3. The parties jointly request that this Court dismiss Plaintiffs' Complaint with prejudice as part of the settlement agreement entered into between the parties. If Defendants fail to perform as required herein, Plaintiffs reserve the right to reopen this case.

    WHEREFORE, the Plaintiffs, Benny Cox, Larry Palmer, and Flora Toney, by and through their attorney, John W. Walker, and the Defendants, Pam Donaldson and the Chicot County Board of Election Commissioners, by and through their attorneys, Ralph C. Ohm and C. Burt Newell, respectfully pray this Honorable Court grant this Joint Motion, dismiss Plaintiffs' Complaint with prejudice, and grant to them all other just and proper relief to which this Court deems them to be entitled.

**Respectfully submitted,**

By: _____
John Walker  no 64046
**Attorney for Plaintiffs**
1723 Broadway
Little Rock, AR 72206
(501) 374-3758
(501) 374-4187 Fax

_____
Ralph C. Ohm, Bar No. 82119
**Attorney for Defendants**
P.O. Box 1558
Hot Springs, AR 71902-1558
(501) 624-7555
(501) 624-7575 Fax

2

*Cox, et al. vs. Donaldson, et al.*
Case No. *5:02CV-319GH*
*JOINT MOTION TO DISMISS*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a copy of the above and foregoing pleading was this ___20th___ day of May, 2003, served by U.S. Mail, postage paid to:

Mr. John W. Walker
Attorney at Law
1723 Broadway
Little Rock, AR 72206

_____
Ralph C. Ohm